1  ROBERT L. ZALETEL, Bar No. 96262
   rzaletel@littler.com
2  LITTLER MENDELSON, P.C.
   650 California Street
3  20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Facsimile:   415.399.8490
5

6  Attorney for Defendant
   SAVE MART SUPERMARKETS
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 DUSTIN MUSICK and ROBERT            Case No.  2:12-CV-02786 KJM-CMK
   LONSBERRY, on behalf of themselves
12 and all others similarly situated;,       **STIPULATION AND PROTECTIVE
                                             ORDER CONCERNING
13              Plaintiff,                    CONFIDENTIAL DOCUMENTS
                                             PRODUCED IN DISCOVERY**
14 v.

15 SAVE MART SUPERMARKETS,
   INC.,
16

17              Defendant.

18

19         This agreement is entered into by and between the undersigned attorneys

20 on behalf of their respective clients, DUSTIN MUSICK and ROBERT LONSBERRY

21 and on behalf of all others similarly situated ("Plaintiffs") and SAVE MART

22 SUPERMARKETS ("Defendant").

23         Plaintiff and Defendant (hereinafter "Parties") have or will request the

24 production of certain documents for inspection and copying, and will take depositions

25 in conjunction with discovery in this litigation, and

26         These documents and depositions could include sensitive, confidential

27 and/or proprietary information and records including, but not limited to, employee

28 personnel records, employee earnings records, sales figures, training materials,

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & PROTECTIVE ORDER RE
CONF. DOCS PRODUCED IN DISC.                        Case No. 2:12-CV-02786 KJM-CMK

1    employee contact information, and employer manuals and procedures and policy

2    manuals (hereinafter "Confidential Material").

3    Prejudice or harm could come to employees and former employees of

4    Defendant if their personal and contact information is disclosed to third parties, and

5    their rights of privacy under the California and federal constitutions could be

6    jeopardized.  Defendant could suffer harm to its business and competitive advantage if

7    its sales figures, schedules, staffing plans, policies, proprietary training materials, and

8    other confidential business information were disclosed to its competitors.    A

9    protective order is necessary to protect the interests of Plaintiffs and Defendant against

10   dissemination of confidential and proprietary information.

11   Copies of Confidential Material, including portions of depositions and

12   deposition transcripts and exhibits, will be marked "Confidential" on the document, or

13   on the record at the deposition.

14   Confidential documents and/or depositions, and deposition transcripts

15   and exhibits, all copies thereof, and any summaries, charts or notes made therefrom,

16   and any facts or information contained therein or derived therefrom, shall be disclosed

17   only to the Court and/or to: (a) the parties; (b) counsel for the parties hereto and their

18   agents, employees, paralegals, or other secretarial and clerical employees or agents;

19   (c) experts or consultants retained by one or more of the parties to this action or their

20   counsel, to assist in preparation of this action for trial; (d) deponents and their counsel;

21   (e) stenographic reporters and videographers who are involved in depositions, the trial

22   or any hearings or proceedings before the Court in this action; and (f) witnesses at the

23   trial of this action.

24   No person authorized hereunder to view copies of Confidential Material,

25   or to make notes therefrom, may disclose any portion of the subject matter or contents

26   of either to any person not authorized hereunder.    Experts and consultants and

27   witnesses shown Confidential Material must sign the attached acknowledgement

28   agreeing to be bound by this Order.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & PROTECTIVE ORDER RE
CONF. DOCS. PRODUCED IN DISC.                2.              Case No. 2:12-CV-02786 KJM-CMK

1       The Confidential Material, copies of any portion of the Confidential

2  Material itself, and all notes arising from examination of said Confidential Material, as

3  well as discussions of the contents therein, shall be used only in connection with the

4  instant case, and shall not be used in connection with any other lawsuit or for any

5  other purpose whatsoever, unless such Confidential Material is independently

6  discovery in another proceeding.  Within 180 days following the conclusion of this

7  action, including appeals, if any, the parties and their counsel, upon written request of

8  the other party, shall destroy or return all Confidential Materials and provide notice to

9  the other parties' attorneys of record.

10       This Protective Order is without prejudice to reconsideration by the Court

11  as discovery continues.

12       The Parties may request that Confidential Material be filed under seal.

13  However, any such request shall be subject to approval by the Court, for "compelling

14  reasons," upon noticed motion, pursuant to Local Rule 141, under the standards set

15  forth in *Kamakana v. Honolulu,* 447  F.3d 1172, 1179 (9th Cir. 2006).

16       Any Party may move the Court for relief from, or modification of, this

17  order at any time, and each Party reserves the right to contend in any such motion that

18  documents produced by another Party and information contained therein are not

19  confidential.  This stipulation does not constitute an admission as to the admissibility

20  of any Confidential Material at trial.

21       In the event any third parties serve a subpoena or document request in

22  other litigation to a party holding Confidential Material in this case, the party subject

23  to the subpoena or document request will promptly notify the other party that

24  produced the Confidential Material to allow that party to file objections or otherwise

25  attempt to prevent disclosure of the Confidential Material to the third party, and will

26  not produce the Confidential Material to the third party until legally required to do so.

27       The Parties agree to act in good faith in designating Confidential Material

28  and agree not to use this Stipulation for any purpose other than as stated herein.  The

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & PROTECTIVE ORDER RE
CONF. DOCS. PRODUCED IN DISC.          3.          Case No. 2:12-CV-02786 KJM-CMK

1  parties agree to make a good faith determination that any information designated

2  "confidential" truly warrants protection under Rule 26(c) of the Federal Rules of Civil

3  Procedure.  Designations of material as "Confidential" must be narrowly tailored to

4  include only materials for which there is good cause.

5  DATED:  December 6, 2012

6                                              /s/ R. L. Zaletel
                                               ROBERT L. ZALETEL
7                                              LITTLER MENDELSON, P.C.

8                                              Attorneys for Defendant
                                               SAVE MART SUPERMARKETS
9

10 DATED:  December 6, 2012

11                                             /s/ Robert W. Mills
                                               ROBERT W. MILLS
12                                             THE MILLS LAW FIRM

13                                             Attorneys for Plaintiffs
                                               DUSTIN MUSICK and ROBERT
14                                             LONSBERRY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & PROTECTIVE ORDER RE
CONF. DOCS. PRODUCED IN DISC.          4.          Case No. 2:12-CV-02786 KJM-CMK

# ORDER

For good cause appearing, it is SO ORDERED.

Date: __12/28/2012__

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

Firmwide:116765898.1 061792.1016

LITTLER MENDELSON, P.C
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & PROTECTIVE ORDER RE
CONF. DOCS. PRODUCED IN DISC.        5.        Case No. 2:12-CV-02786 KJM-CMK